UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-cv-96-FDW

| | |
|---|---|
| ROBERT E. BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH WHITENER, | ) |
| Administrator, Alexander | ) |
| Correctional Institution; | ) |
| RICHARD THOMAS, | ) |
| Assistant Superintendent, | ) **ORDER** |
| Alexander Correctional Institution; | ) |
| RICHARD HAMILTON, Blue | ) |
| Unit Manager, Alexander | ) |
| Correctional Institution; | ) |
| KIERAN J. SHANAHAN, | ) |
| Secretary of Corrections, | ) |
| North Carolina Department of | ) |
| Public Safety, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to reconsider the Court's Order denying him leave to amend his complaint, which was filed pursuant to 42 U.S.C. § 1983.

In the Order, this Court found that leave to amend should be denied because Plaintiff's proposed amendments were futile and could therefore not serve to save his § 1983 complaint. (Doc. No. 9). Through his present motion, Plaintiff offers no additional supporting argument and his motion to reconsider will be denied.

1

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to reconsider is **DENIED**. (Doc. No. 13).

Signed: October 17, 2013

Frank D. Whitney
Chief United States District Judge